**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

South Central Minnesota Electrical Workers' Industry Welfare Plan, et al,

Plaintiff,

v.

Brandt Electric, Inc.,

Defendant.

01CV1743 (JEL/JGL)

**ORDER**

---

It appearing that proceedings in the above matter having been stayed pending the disposition of bankruptcy proceedings.

**IT IS HEREBY ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of any party to move to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: January 27, 2003.

JOAN E. LANCASTER, Judge
United States District Court

JAN 2 7 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS